

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00664-CR

Alan **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR6797
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On September 28 2022, appellant filed a pro se notice of appeal of trial court cause number 2022CR6797. On October 6, 2022, the district clerk filed the clerk's record, which contains the trial court's September 16, 2022 order dismissing the criminal action.

In general, we have jurisdiction to consider an appeal by a criminal defendant only when the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (citing *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)).

Because there is no judgment of conviction, we **ORDER** appellant to file a response showing why this appeal should not be dismissed for want of jurisdiction **by February 10, 2023**. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the district clerk to prepare one and notify this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, appellant, and the court reporter.

_____

Beth Watkins, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____

Michael A. Cruz,
Clerk of Court